PROB 12C
(REV. 4/2014)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF ARKANSAS

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 17 2017

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephen D. Morais                    Case Number: 5:10CR50062-001

Name of Sentencing Judicial Officer: Honorable Jimm Larry Hendren, U.S. District Judge

On July 13, 2017, case reassigned to the Honorable Timothy L. Brooks, U.S. District Judge

Date of Original Sentence: March 28, 2011

Original Offense: Knowing Receipt of Child Pornography in Interstate and Foreign Commerce by Computer (two counts), in violation of 18 U.S.C. § 2252A(a)(2)

Original Sentence: 97 months imprisonment on each count, terms to run concurrently; life supervised release on each count, terms to run concurrently; tracking special condition; no unsupervised contact with minors except for defendant's minor children; mental health testing/treatment with emphasis on sex offender treatment; internet and internet capable devices restriction; search; $200 special assessment; and $15,000 fine

Type of Supervision: Supervised Release           Date Supervision Commenced: June 3, 2016

Assistant U.S. Attorney: Dustin S. Roberts         Defense Attorney: Bruce D. Eddy

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | **Standard Condition 2: The defendant shall report to the probation officer in a manner and frequency directed by the court or the probation officer.** |

The defendant was advised to report on July 6 or 7, 2017, to check in with the probation officer and complete his monthly report forms. The defendant failed to report on either date and has failed to report or contact the probation officer as of this date.

Stephen D. Morais
5:10CR50062-001
July 13, 2017
Page 2

| | |
|---|---|
| Two | **Standard Condition 6: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.** |

On July 11 and 12, 2017, the probation officer attempted home contacts at the defendant's last known residence. The defendant did not respond to a card left at his residence nor did he respond to telephone calls and voice messages made by the probation officer. On July 13, 2017, the probation officer had contact with the defendant's landlord. She reported that the local electric utility advised her that the power to the defendant's apartment had been off since June 20, 2017. The landlord further reported to the Fayetteville Police Department that she found a note in the defendant's apartment on July 12, 2017, that appeared to be from the defendant stating his belongings were to be given to the 7 Hills homeless shelter. The defendant's whereabouts are unknown and it is believed the defendant has absconded supervision.

**U.S. Probation Officer Recommendation:**

A hearing to be held to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Approved:

_signature_

Michael K. Scott
Supervising U.S. Probation Officer
Date: July 13, 2017

Respectfully submitted,

_signature_

Abby McKinney
U.S. Probation Officer
Date: July 13, 2017

cc:   Clay Fowlkes
      Criminal Chief

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

_signature_

Honorable Timothy L. Brooks
U.S. District Judge

July 17, 2017
Date