Prob 12C
(Rev. 5/2018)

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 16 2018

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF ARKANSAS
SUPPLEMENTAL

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: STEPHEN D. MORAIS | Case Number: 5:10CR50062-001 |

Name of Sentencing Judicial Officer:   Honorable Jimm Larry Hendren, U.S. District Judge

July 13, 2017: case reassigned to the Honorable Timothy L. Brooks, U.S. District Judge

Date of Original Sentence:   March 28, 2011

Original Offense:   Knowing Receipt of Child Pornography in Interstate and Foreign Commerce by Computer (two counts) in violation of 18 § 2252A(a)(2)

Original Sentence:   97 months imprisonment on each count, terms to run concurrently; life supervised release on each count, terms to run concurrently; tracking special condition; no unsupervised contact with minors except for defendant's minor children; mental health testing/treatment with emphasis on sex offender treatment; internet and internet capable devices restriction; search; $200 special assessment; and $15,000 fine

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | June 3, 2016 |
| Assistant U.S. Attorney: | Dustin S. Roberts | Defense Attorney: | Jack Schisler |

### PETITIONING THE COURT

☐ To issue a warrant
☐ To issue a summons
☒ To include the below violation(s) with the original petition filed with the Court on July 17, 2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
Three | **Mandatory Condition 4: The defendant shall not commit another federal, state, or local crime.**
 | On October 26, 2017, the U.S. District Court for the Western District of Arkansas issued a warrant for the defendant's arrest for Failure to Register as a Sex offender in violation of Title 18 U.S.C. § 2250. On April 6, 2018, the defendant was located by the U.S. Marshal Service and Mexican Authorities residing in Nochistlan, Zacatecas, Mexico and the defendant was arrested on the warrant at that time. The defendant appeared before the Court on July 18, 2018, and he entered a plea of guilty to the new criminal offense. The defendant's sentencing hearing and revocation of supervised release are scheduled for November 9, 2018.

MORAIS, Stephen D.
5:10CR50062-001
Page 2

**Four**    **Standard Condition 9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

On April 6, 2018, the U.S. Marshal Service located the defendant in Nochistlan, Zacatecas, Mexico residing with two other men. The men were identified as John Franklin White and William Arthur Hulsey, Jr. Both men were identified as convicted felons that had absconded federal supervision. Mr. White was convicted of Bank Fraud in the Northern District of California on August 30, 2005. Mr. White absconded supervision in December 2012. Mr. Hulsey was convicted of Possession of Computer Disks and Material Containing Three or More Visual Depictions of Child Pornography Which had been Shipped in Interstate Commerce in the Eastern District of Tennessee on October 26, 2009. Mr. Hulsey absconded supervision in December 2017. The probation officer was able to determine that the defendant, White and Hulsey at one time were housed together in the Federal Bureau of Prisons facility in Forrest City, Arkansas. The probation officer did not give the defendant permission to associate / reside with these individuals.

**U.S. Probation Officer Recommendation:**

A hearing to be held to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Approved:

*[signature]*

Michael K. Scott
Supervising U.S. Probation Officer
Date: October 16, 2018

Respectfully submitted,

*[signature]*

Abby McKinney
U.S. Probation Officer
Date: October 16, 2018

THE COURT ORDERS: (check all that apply)

☐ No action

☐ The issuance of a warrant

☐ The issuance of a summons

☑ Include this petition with the petition filed with the court on July 17, 2017.

*[signature]*

Honorable Timothy L. Brooks
United States District Judge

10-16-18
Date